AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
10/22/2019
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )         Case No.   3:19mj00057
GOOGLE PIXEL CELLULAR PHONE, BLACK IN )
COLOR WITH CRACKED SCREEN AND NO VISIBLE )
IDENTIFICATION MARKINGS )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

located in the _____Western_____ District of _____Virginia_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC § 846 | Conspiracy to Distribute Controlled Substances |
| 21 USC § 841 | Distribution of Controlled Substances |

The application is based on these facts:
Please see attached Affidavit.

☑ Continued on the attached sheet.
☑ Delayed notice of _____ days *(give exact ending date if more than 30 days:* 04/19/2020 *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Robinson N. Blake
*Applicant's signature*

Robinson N. Blake, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means)*.

Date:   10/22/19

*Judge's signature*

City and state:   Harrisonburg, VA        The Honorable Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*