# ATTACHMENT A

1.  The property to be searched is a black Google Pixel Cellular Phone, with no visible serial number and a cracked screen, hereinafter the "Device." The Device is currently located at 2211 Hydraulic Road, Suite 201, Charlottesville, Virginia 22901.

2.  This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.



