## ATTACHMENT B

1.  All records on the Device described in Attachment A that relate to violations of Title 21, United States Code, Sections 841(a) and 846, and involve LOFTON LAMBERT IV, and others, including:

    a.  any conversations, whether through text messages or other applications, concerning the distribution and/or possession with the intent to distribute controlled substances;

    b.  any information relating to (including names, addresses, phone numbers, or any other identifying information) or communications with LAMBERT's co-conspirators or associates in drug distribution;

    c.  lists of customers and related identifying information;

    d.  types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

    e.  any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

    f.  any information recording LAMBERT's schedule or travel;

    g.  all bank records, checks, credit card bills, account information, and other financial records;

    h.  photographs of drug associates, locations involved with drug dealing, drug storage locations, drug-related currency, or any other contraband; and

    i.  communications, by whatever means made, between LAMBERT and persons with whom he was transacting illegal narcotics, discussing or arranging the transaction of illegal narcotics

2.  Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.